| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **EASTERN DISTRICT OF TEXAS** |

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| *versus* | §   CASE NO.  4:22-CR-101 ALM/KPJ |
| | § |
| JOHN MARK HOUSEWRIGHT | § |

**ORDER ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT**

The court referred this matter to the United States Magistrate Judge Kimberly C. Priest Johnson pursuant to 28 U.S.C. §636(b) and Local Rules for the United States District Court for the Eastern District of Texas to determine competency.  Judge Johnson conducted a hearing in the form and manner prescribed by 18 U.S.C. §4247(d) and issued her Report and Recommendation on Defendant's competency to stand trial. Judge Johnson recommended that the Court find Defendant competent to stand trial because he understands the nature and consequences of the proceedings against him and is able to assist in his defense. See 18 U.S.C. § 4241.

The parties have not objected to the magistrate judge's findings.  The Court **ORDERS** that the Report and Recommendation of United States Magistrate Judge Kimberly C. Priest Johnson are **ADOPTED**.

It is further **ORDERED** that in accordance with Defendant's competency to stand trial, the Court finds the Defendant is competent. The speedy trial time is excluded from October 21, 2022, until the date of this Order.

**SIGNED this 4th day of May, 2023.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE